CT Corporation

**Service of Process Transmittal**
12/20/2013
CT Log Number 524094184

**TO:** Jasmine Johnson
Verizon Communications Inc.
One Verizon Way
Basking Ridge, NJ 07920-1097

**RE:** **Process Served in Kentucky**

**FOR:** Verizon South Inc. (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Barbara Jean Burgher, Pltf. vs. Verizon South, Inc., et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Fayette County Circuit Court, KY<br>Case # 13CI5042 |
| **NATURE OF ACTION:** | Breach of Contract - Defendant breached their contract which caused damaged to the plaintiff |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/20/2013 postmarked on 12/13/2013 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Joseph D. Buckles<br>149 North Limestone<br>Lexington, KY 40507<br>859-225-9540 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 797478406363<br>Image SOP<br>Email Notification, Sabrina Moyano sabrina.moyano@verizon.com<br>Email Notification, Victoria J Wefer victoria.j.wefer@verizon.com<br>Email Notification, Alice Burke alice.burke@verizon.com<br>Email Notification, Amy Hammer amy.d.hammer@one.verizon.com<br>Email Notification, Jasmine Johnson jasmine.johnson@verizon.com<br>Email Notification, Donna Dickson djdickson@verizon.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 800-592-9023 |

**EXHIBIT 1**

Page 1 of 1 / NV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

VINCENT RIGGS, CLERK
FAYETTE CIRCUIT COURT
CIVIL DIVISION
120 N. LIMESTONE STREET C103
LEXINGTON, KENTUCKY 40507







Verizon South, INC
C/O Ct Corporation Systym
306 West Main Street Suite 512
Frankfort, Ky.  40601

13-ci-5042

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 13-CI-5047<br>Court ☑ Circuit ☐ District<br>County Fayette |

**PLAINTIFF**

Barbara Jean Burgher

VS.

Verizon South, Inc.

FILED
ATTEST, VINCENT RIGGS, CLERK
DEC 18 2013
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

**DEFENDANT**

**Service of Process Agent for Defendant:**

Verizon South, Inc.

C/O CT Corporation System

306 West Main Street   Suite 512

Frankfort                                                          Kentucky                    40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: DEC 12 2013, 2____

VINCENT RIGGS, CLERK
FAYETTE CIRCUIT COURT
CIVIL DIVISION            M. Freeman        Clerk
120 N. LIMESTONE STREET C103
By: LEXINGTON, KENTUCKY 40507           _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2____.

Served by: _____

_____ Title

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
_____ DIVISION
CIVIL ACTION NO. 13-CI-_____

BARBARA JEAN BURGHER                          PLAINTIFF

V.

VERIZON SOUTH, INC.,
    Serve: CT Corporation System
          306 West Main Street, Suite 512
          Frankfort, Kentucky 40601

VERIZON COMMUNICATIONS INC, and
    Serve: Kentucky Secretary of State

MARSH & MCLENNAN AGENCY LLC                  DEFENDANTS
    Serve: CT Corporation System
          306 West Main Street, Suite 512
          Frankfort, Kentucky 40601

---

## COMPLAINT

---

Comes the Plaintiff, by counsel, and for his claims herein, states as follows:

1. Barbara Jean Burgher is a resident of Fayette County, Kentucky.

2. Verizon South Inc is a foreign corporation with its principal office at 703 East Grace Street, Richmond, Virginia 23219. Verizon South Inc has appointed CT Corporation System as its registered agent for service of process.

3. Verizon Communications Inc. is a foreign corporation with its principal office at U.S. Bank Corporate Trust Services, 100 Wall Street Suite 1600 New York, New York 100053. Pursuant to KRS 454.210, Verizon Communication Inc has appointed the Kentucky Secretary of State as its agent for service of process.

4. Marsh & McClennan Agency LLC is a foreign corporation doing business in the Commonwealth of Kentucky with its principal office at 1166 Avenue of the Americas, New York, New York 10036. Marsh & McClennan Agency LLC has appointed CT Corporation System as its registered agent for service of process.

5. Jurisdiction and venue are proper because the life insurance contract was executed in Fayette County, Kentucky and relates to employment benefits in Fayette County, Kentucky. The amount in controversy exceeds the minimum jurisdictional amounts.

6. Plaintiff is a beneficiary of a life insurance contract with and/or administered by the Defendants relating to James R. Burgher through his employment with General Telephone & Electronics Corporation (GTE), now owned by Verizion Communications Inc.

7. Upon information and belief, Defendants are the successor to GTE and obligated to pay on the decedent's life insurance policy.

8. Decedent died on August 31, 1999 and had fully complied with the life insurance agreement.

9. Said policy was in full force and effect at all times relevant to this action.

10. Plaintiff is the intended beneficiary of said policy because the contract was made for Plaintiff's benefit.

11. On August 28, 2013, Plaintiff learned of the decedent's life insurance policy and her entitlement to benefits.

12. Plaintiff contacted Defendants and they denied her the benefits pursuant to the agreement.

13. Defendants have breached their contract causing damages to Plaintiff.

WHEREFORE, the Plaintiff demands the following relief of this Court:

a. Judgment against the Defendants, jointly and severally, awarding Plaintiff contract damages in excess of the minimum jurisdictional limits of this court in such amount as shall be determined to be fair and reasonable at trial;

b. Attorney's fees and costs incurred by Plaintiff;

c. Pre-judgment and post-judgment interest on all sums awarded; and

d. For any and all further relief to which the Plaintiff may be entitled.

Respectfully submitted,

*(signature)*

JOSEPH D. BUCKLES
149 North Limestone
Lexington, Kentucky 40507
Phone: 859-225-9540
Fax: 859-251-6020
joe@joebuckles.com
ATTORNEY FOR PLAINTIFF

3